The HARTFORD FIRE INSURANCE COMPANY

*v.*

ANDREW PETERSON, for use, etc.

*Opinion filed October 19, 1900.*

This case is controlled by the decision in *Osgood* v. *Skinner*, 186 Ill. 491.

*Peterson* v. *Hartford Fire Ins. Co.* 87 Ill. App. 567, reversed.

APPEAL from the Branch Appellate Court for the First District;—heard in that court on appeal from the Circuit Court of Cook county; the Hon. ELBRIDGE HANECY, Judge, presiding.

BATES & HARDING, for appellant.

D. F. FLANNERY, for appellee.

Per CURIAM: The question involved in this appeal is the same as the question involved in the case of *Osgood* v. *Skinner*, 186 Ill. 491. The decision in that case governs and controls this case. The order, therefore, of the Appellate Court to the circuit court of Cook county to enter a judgment for damages and interest is reversed and the cause is remanded to the Appellate Court, with directions to modify its judgment by striking out said order.

*Reversed and remanded.*